IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TONGIA STEVENS,                          §
        Plaintiff,                    §
                                      §   Civil Action No. 3:11-CV-0069-K
v.                                       §
                                      §
WELLS FARGO HOME MORTGAGE,  §
        Defendant.                    §

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and

Recommendation of United States Magistrate Judge Paul D. Stickney. The District

Court reviewed the proposed Findings, Conclusions, and Recommendation for plain

error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation

of the United States Magistrate Judge.

**SO ORDERED.**

Signed this 11th day of May, 2011.


_Ed Kinkeade_
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE